IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ZJANEE K. ANDERSON,

                                                          ORDER

                   Plaintiff,

                                                          25-cv-998-wmc

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

                   Defendant.

Pursuant to a joint motion for remand (dkt. #12) filed by the parties on July 17, 2026,

IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to

sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further

proceedings as set forth in that stipulation.

Entered this 27th day of July, 2026.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        WILLIAM M. CONLEY
                                        District Judge